IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALDANA-NEILY, | No. C-04-4571 (MEJ) |
|       Plaintiff, | ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE FOR |
| vs. | |
| TACO BELL, et al., | **JULY 29, 2005 AT 10:00 A.M.** |
|       Defendants. | |

TO ALL PARTIES and their Attorneys of Record:

A further Settlement Conference before Magistrate Judge Maria-Elena James shall take place on **July 29, 2005** at **10:00 a.m.** in Judge James' **chambers,** located at the Federal Building, 450 Golden Gate Avenue, 15th Fl., San Francisco, California 94102. Counsel and parties are to use the phone located at the end of the hall to call chambers and notify the Court of their arrival.

In addition, a representative from Allied Insurance-AMCO Insurance Company[1] is ORDERED to appear on July 29, 2005 at 10:00 a.m. for the further settlement conference.

IT IS SO ORDERED.

Dated: July 13, 2005

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge

---

[1] Defendants' Hedia Petroleum, Inc.'s and Bozorghada Trust's liability insurance carrier.