United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALDANA-NEILY,<br><br>        Plaintiff,<br>  vs.<br><br>TACO BELL, et al.,<br><br>        Defendants.<br>_____/ | No. C-04-4571 (MEJ)<br><br>ORDER EXTENDING DEADLINE FOR STATUS REPORT ON SETTLEMENT NEGOTIATIONS TO **AUGUST 12, 2005.** |

    The Court is in receipt of defendant Hedia Petroleum, Inc.'s letter dated August 3, 2005, requesting an extension of time for parties to report back to the Court regarding the status of the settlement negotiations.  Currently, the deadline for the status report is August 5, 2005.

    As Mr. Hadad's insurance representative and her supervisor are both out of town, and good cause appearing, therefor, the Court hereby GRANTS defendant Hedia Petroleum, Inc.'s request for extension of time.  The new deadline for parties to report back to the Court regarding the status of settlement negotiation shall be **August 12, 2005.**

    IT IS SO ORDERED.

Dated: August 9, 2005

                                           MARIA-ELENA JAMES
                                           United States Magistrate Judge