RECEIVED
DEC 21 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregory F. Hurley (SBN 126791)
Richard H. Hikida (SBN 196149)
Greenberg Traurig, LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Tel: (714) 708-6500

FILED
JAN 03 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ERNESTINA SALDANA-NEILEY

CASE NUMBER:
04-CV-04571-MJJ

**BY FAX**

Plaintiff(s)

v.

Taco Bell Corp., et al.

**SUBSTITUTION OF ATTORNEY**

Defendant(s)

TACO BELL CORP. _____ [ ] Plaintiff [X] Defendant [ ] Other _____
Name of Party

hereby substitutes Gregory F. Hurley, of Greenberg Traurig, LLP _____ who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per  650 Town Center Drive, Suite 1700
Street Address

Costa Mesa, CA 92626  (714)708-6500  (714)708-6501  126791
City, State, Zip Code   Telephone Number  Facsimile Number  State Bar Number

as attorney of record in the place and stead of Jeffrey H. Dasteel of Skadden, Arps, Slate, Meagher, and Flom LLP
Present Attorney

Dated: December 20, 2005

Signature of Party
Richard Delaissegues for Taco Bell Corp.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December ___, 2005

Signature of Present Attorney
Jeffrey H. Dasteel

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 20, 2005

Signature of New Attorney
Gregory F. Hurley

Substitution of Attorney is hereby [X] Approved. [ ] Denied.

Dated: 12/29/2005

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                G01

Gregory F. Hurley (SBN 126791)
Richard H. Nikida (SBN 196149)
Greenberg Traurig, LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Tel: (714) 708-6500

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ERNESTINA SALDANA-NEILEY

CASE NUMBER: 04-CV-04571-MJJ

Plaintiff(s)

v.

Taco Bell Corp., et al.

Defendant(s)

**SUBSTITUTION OF ATTORNEY**

TACO BELL CORP. [X] Defendant

hereby substitutes Gregory F. Hurley, of Greenberg Traurig, LLP who is

[X] Retained Counsel   650 Town Center Drive, Suite 1700

Costa Mesa, CA 92626   (714)708-6500   (714)708-6501   126791

as attorney of record in the place and stead of Jeffrey H. Dasteel of Skadden, Arps, Slate, Meagher, and Flom LLP

Dated: December 20, 2005

Richard Deleissegues for Taco Bell Corp.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December ___, 2005

Jeffrey H. Dasteel

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 20, 2005

Gregory F. Hurley

Substitution of Attorney is hereby [ ] Approved. [ ] Denied.

Dated: _____

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form O-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.

SUBSTITUTION OF ATTORNEY

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **650 Town Center Drive, Suite 650, Costa Mesa, CA 92626**.

On December 21, 2005, I served the SUBSTITUTION OF ATTORNEY on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

See attached Service Listing

☒ **(BY MAIL)**
☐ I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.
☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(I)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Costa Mesa, California.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2005, at Costa Mesa, California.

_____
Signature

STACEY SAUTTER
Print Name

## SERVICE LIST
### Saldana-Neily v. Taco Bell of America, Inc., et al.

| | |
|---|---|
| Patricia Barbosa, Esq.<br>Julie McLean, Esq.<br>Paul L. Rein, Esq.<br>Law Offices of Paul L. Rein<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>(510) 832-5001<br>*Attorneys for Plaintiff* | Jeffrey H. Dasteel, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>(213) 687-5000; Fax: (213) 687-5600<br>*Attorneys for Defendant and Cross-Defendant* |
| William Faulkner, Esq.<br>McManis, Faulkner & Morgan<br>50 W. San Fernando Street<br>Suite 1000, 10th Floor<br>San Jose, CA 95113<br>(408) 279-8700<br>*Attorneys for Defendant and Cross-Claimant*<br>  *Dorothy M. Hiura Trust* | Richard Grotch, Esq.<br>Coddington, Hicks & Danforth<br>555 Twin Dolphin Drive, Suite 300<br>Redwood City, CA 94065-2133<br>(650) 592-5400<br>*Attorneys for Defendants*<br>  *Bozorghadad Trust and*<br>  *Hedia Petroleum, Inc.* |