```
 1  PAUL L. REIN, Esq. (SBN 43053)
    PATRICIA BARBOSA, Esq. (SBN 125865)
 2  JULIE MCLEAN, Esq. (SBN 215202)
    LAW OFFICES OF PAUL L. REIN
 3  200 Lakeside Dr., Suite A
    Oakland, CA 94612
 4  Tel: (510) 832-5001
    Fax: (510) 832-4787
 5
    Attorney for Plaintiff:
 6  ERNESTINA SALDANA-NEILY
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINA SALDANA-NEILY,<br><br>       Plaintiff,<br><br>v.<br><br>TACO BELL OF AMERICA, INC.;<br>DOROTHY M. HIURA TRUST; and<br>DOES 1 through 25; HEDIA<br>PETROLEUM, INC., dba<br>CAMPBELL UNION 76;<br>BOZORGHADAD TRUST; and DOES<br>26-50, Inclusive,<br><br>       Defendants<br>_____<br>DOROTHY M. HIURA TRUST,<br><br>       Cross-claimant<br><br>v.<br><br>TACO BELL OF AMERICA, INC.;<br>and DOES 1-20, Inclusive,<br><br>       Cross-defendant<br>_____/ | CASE NO. C04-4571 MJJ<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PRIOR CONSENT DECREE** |

TO THIS HONORABLE COURT:

1.   The undersigned parties, through their respective

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Withdraw Prior Consent Decree: Case No. C04-4571 MJJ**   — 1 —   S:\jm\Cases\T\Taco Bell - Union 76\pleadings\stip to withdraw old consent decree.doc

1 attorneys of record, hereby agree and stipulate that the
2 consent decree filed with this court on November 2, 2005,
3 Docket #64, is withdrawn.
4     2.   The parties further agree and stipulate that the
5 previous consent decree, Docket #64, may be replaced and
6 superseded by the revised consent decree filed on January 6,
7 2006, Docket #70.

Dated: January 6, 2006    PAUL L. REIN
    PATRICIA BARBOSA
    JULIE MCLEAN
    LAW OFFICES OF PAUL L. REIN

/s/ Julie McLean
Attorneys for Plaintiff
ERNESTINA SALDANA-NEILY

Dated: January 6, 2006    RICHARD G. GROTCH, Esq.
    CODDINGTON, HICKS & DANFORTH

/s/ Richard Grotch
Attorneys for Defendants
HEDIA PETROLEUM, INC. dba
CAMPBELL UNION 76; BOZORGHADAD
TRUST

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** Docket #64 is withdrawn and is superseded by Docket #70.

Dated: January 11, 2006    _____
Hon. Martin J. Jenkins
United States District Judge

APPROVED — Judge Martin J. Jenkins

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Withdraw Prior Consent Decree: Case No. C04-4571 MJJ** — 2 — S:\jm\Cases\T\Taco Bell - Union 76\pleadings\stip to withdraw old consent decree.doc