United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALDANA-NEILY,

    Plaintiff,

v.

TACO BELL OF AMERICA, INC. ET AL,

    Defendant.
                                                     /

No. C04-04571 MJJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    Pending before the Court is Plaintiff Saldana-Neily's Motion for Attorney's Fees, Litigation Expenses, And Costs As Against Defendants Hedia Petroleum, Inc., d/b/a Campbell Union 76 And Bozorghadad Trust Only ("Motion"). (Doc. No. 75.) On March 4, 2008, Magistrate Judge Chen issued a Report and Recommendation ("R&R") granting the Motion. (Docket No. 97.) The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and **GRANTS** Plaintiff's Motion for attorney's fees, litigation expenses, and additional costs and fees in the amount of **$48,392.80**.

**IT IS SO ORDERED.**

Dated: March 21, 2008

                                        MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE