Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel.   (650) 592-5400
Fax.  (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendants
HEDIA PETROLEUM, INC., dba
CAMPBELL UNION 76 and
BOZORGHADAD TRUST

### UNITED STATES DISTRICT COURT

### NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINA SALDANA-NEILY, | No.  C 04-4571 PJH (MEJ) |
| Plaintiffs, | STIPULATION AND [P~~ROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST HEDIA PETROLEUM, INC., dba CAMPBELL UNION 76 AND BOZORGHADAD TRUST <u>ONLY</u> |
| vs. | |
| TACO BELL OF AMERICA, INC.; DOROTHY M. HIURA TRUST; and DOES 1-25; HEDIA PETROLEUM INC., dba CAMBELL UNION 76; BOZORGHADAD TRUST; AND DOES 26-50-Inclusive, | |
| Defendants. / | |

IT IS HEREBY STIPULATED by and between plaintiff ERNESTINA SALDANA-NEILY and defendants HEDIA PETROLEUM, INC., dba CAMPBELL UNION 76 and BOZORGHADAD TRUST, by and through their respective counsel, that the Court enter an order of dismissal, with prejudice, of all claims as to defendants HEDIA PETROLEUM, INC., dba CAMPBELL UNION 76 and BOZORGHADAD TRUST *only*, with no dismissal as to defendants TACO BELL OF AMERICA, INC. and DOROTHY M. HIURA TRUST.

///

///

///

---

Stipulation and [Proposed] Order for Dismissal With
Prejudice of Defendants Hedia Petroleum d/b/a
Campbell Union 76 and Bozorghadad Trust Only
C 04-4571 PJH (MEJ)

IT IS SO STIPULATED.

Dated: June 18, 2008    LAW OFFICES OF PAUL L. REIN

By: /s/ Paul L. Rein
    Paul L. Rein
    Attorneys for Plaintiff
    Ernestina Saldana-Neily

Dated: June 18, 2008    CODDINGTON, HICKS & DANFORTH

By: /s/ Richard G. Grotch
    Richard G. Grotch
    Attorneys for Defendants
    Hedia Petroleum, Inc. d/b/a Campbell Union 76
    and Bozorghadad Trust

# [~~PROPOSED~~] ORDER

The Court having read and considered the foregoing stipulation,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice as to defendants HEDIA PETROLEUM, INC., dba CAMPBELL UNION 76 and BOZORGHADAD TRUST *only*; this order does not dismiss any of plaintiff's claims as to defendants TACO BELL OF AMERICA, INC. and DOROTHY M. HIURA TRUST.

IT IS SO ORDERED.

Dated: June 19, 2008

    _____
    Hon.
    Unit

*IT IS SO ORDERED*
*/s/ Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

---

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Stipulation and [Proposed] Order for Dismissal With Prejudice of Defendants Hedia Petroleum d/b/a Campbell Union 76 and Bozorghadad Trust Only
C 04-4571 PJH (MEJ)

2