1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6

7   ERNESTINA SALDANA-NEILY,

8          Plaintiff(s),                    No. C 04-4571 PJH

9      v.                                   **ORDER VACATING STAY AND
                                            SCHEDULING CASE MANAGEMENT**
10                                          **CONFERENCE**

11  TACO BELL OF AMERICA, INC. Et al.,

12         Defendant(s).
    _____/
13

14       The court having approved the final settlement in related case *Moeller v. Taco Bell,*

15  *Inc., et al.,* C-02-5849 PJH, the stay in this case is VACATED and the parties are ordered

16  to appear for a case management conference on October 30, 2014 at 9:00 a.m.  A joint

17  case management statement shall be filed 7 days before the conference.

18       **IT IS SO ORDERED.**

19  Dated: September 24, 2014

20  _____
    PHYLLIS J. HAMILTON
    United States District Judge
21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California